United States District Court
Southern District of Texas
ENTERED

NOV - 7 2011

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
FILED

NOV 0 7 2011

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-11-666 |
| | § | |
| Juan Francisco Mendoza-Zavala | § | |

## ORDER

BE IT REMEMBERED on this _7_ day of _November_, 20 _11_, the

Court reviewed the file in the above-captioned matter and specifically the Report and

Recommendation of the United States Magistrate Judge filed August 9, 2011, wherein the

defendant Juan Francisco Mendoza-Zavala waived appearance before this Court and appeared

before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty

plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge

recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by

defendant Juan Francisco Mendoza-Zavala to the Report and Recommendation, the Court enters

the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate

Judge is hereby adopted. The Court finds the defendant Juan Francisco Mendoza-Zavala guilty

of the offense of alien unlawfully being present in the United States after having been convicted

of a felony and deported, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(1).

SIGNED this the _7_ day of _November_, 20 _11_.

_____
Hilda G. Tagle
United States District Judge